**Motion Granted; Order filed June 12, 2012**



In The

# Fourteenth Court of Appeals

———————

NO. 14-12-00530-CV

———————

**DALLAS CITY LIMITS PROPERTY CO., L.P., Appellant**

**V.**

**AUSTIN JOCKEY CLUB, LTD., CRADY, JEWETT & MCCULLEY, L.L.P., AND KTAGS DOWNS HOLDING COMPANY, L.L.C, Appellees**

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-16733**

## ORDER

This is an appeal from a judgment signed May 24, 2012. On June 11, 2012, appellant filed a motion in this court requesting temporary stay of post-judgment proceedings pending this court's review of the trial court's order setting appeal bond. *See* Tex. R. App. P. 24.4.

It appears from the facts stated in the motion that appellant's rights will be prejudiced unless immediate temporary relief is granted. Accordingly, we grant the motion and issue the following order.

We therefore ORDER that post-judgment proceedings in the court below be stayed in trial court cause number 2010-16733, styled *Crady, Jewett & McCulley v. Austin Jockey Club, Ltd., Dallas City Limits Property Co., L.P. and KTAGS Downs Holding Company, LLC*. The proceedings are stayed until decision by this court of appellant's motion to review order on supersedeas bond or until further orders of this court.

PER CURIAM